# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 13, 2007

**Before**

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 06-3396 | ] Appeal from the United |
| | ] States District Court for |
| IN RE: AVIE E. COHEN, | ] the Northern District of |
| Debtor. | ] Illinois, Eastern Division. |
| | ] |
| | ] No. 06 C 3190 |
| FISCHER INVESTMENT CAPITAL, INC., | ] |
| Plaintiff-Appellant, | ] James F. Holderman, |
| v. | ] Chief Judge. |
| | ] |
| AVIE E. COHEN, | ] |
| Defendant-Appellee. | ] |

**O R D E R**

The slip opinion issued in the above-entitled cause on November 9, 2007, is corrected as follows:

On page 3, line 3, "March 23, 2007" should read "March 23, 2000".